STATE OF CONNECTICUT *v.* MICHAEL CROWLEY

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 557, is denied.

*Craig A. Raabe,* special public defender, in support of the petition.

*Rita M. Shair,* deputy assistant state's attorney, in opposition.

Decided September 18, 1990

RICHARD T. SMITH *v.* VICTOR LIBURDI, WARDEN

The petitioner Richard T. Smith's petition for certification for appeal from the Appellate Court, 22 Conn. App. 562, is denied.

*Martin Zeldis,* assistant public defender, in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided September 18, 1990

TOWN OF FARMINGTON *v.* KEVIN V. DOWLING

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 564, is denied.

*Victor J. Dowling,* in support of the petition.

*Charles L. Howard* and *Gregory T. D'Auria,* in opposition.

Decided September 18, 1990